NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL A. HINDS, DOC #C07943,                 )
                                               )
                Appellant,                     )
                                               )
v.                                             )        Case No. 2D18-1071
                                               )
STATE OF FLORIDA,                              )
                                               )
                Appellee.                      )
                                               )
_____)

Opinion filed June 14, 2019.

Appeal from the Circuit Court for
Sarasota County; Debra Johnes Riva,
Judge.

Howard L. Dimmig, II, Public Defender,
and Richard P. Albertine, Jr., Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan S. Tannen,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

                Affirmed.

BLACK, SALARIO, and BADALAMENTI, JJ., Concur.